IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:16-CR-20-1BO

UNITED STATES OF AMERICA

vs.

JONATHAN CHARLES IRIZARRY,
Defendant.

**AMENDED ORDER MODIFYING
CONDITIONS
OF PRE-TRIAL RELEASE**

FOR GOOD CAUSE SHOWN, with concurrence of the supervising United States Probation Officer and without objection from the Government, the conditions of the release of the defendant are modified to allow the defendant to communicate with the mother of the defendant's minor son, Ms. Toni Ann Jacobelli, for the limited purposes of discussing the custody and visitation of the minor child. In all other respects the conditions of pre-trial release are to remain in full force and effect.

IT IS SO ORDERED AND DIRECTED.

Entered at Chambers, this the 26 day of May, 2016.

_Terrence W. Boyle_
THE HONORABLE TERRENCE BOYLE
UNITED STATES DISTRICT COURT JUDGE