PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jonathan Charles Irizarry  Docket No. 7:16-CR-20-1BO

### Petition for Action on Conditions of Pretrial Release

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Jonathan Charles Irizarry, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 29th day of March 2016.

The defendant appeared before Terrence W. Boyle, the U.S. District Judge for arraignment on the 4th day of August 2016, and supervision was continued under existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 3, 2017, Mr. Irizarry met with this officer for a scheduled office appointment. During that appointment, Mr. Irizarry reported having feelings of depression and anxiety and requested assistance with obtaining mental health treatment for the purpose of attending counseling sessions. Mr. Irizarry has signed a Waiver of Hearing agreeing to modify the conditions of release to include mental health treatment to assist him with this request.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of pretrial supervision be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kristyn Super
Kristyn Super
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5104
Executed On: January 03, 2017

**ORDER OF THE COURT**

Considered and ordered the 3 day of Jan, 2017, and ordered filed and made part of the records in the above case.

Terrence W. Boyle
U.S. District Judge

Case 7:16-cr-00020-BO  Document 43  Filed 01/03/17  Page 1 of 1