UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jonathan Charles Irizarry**  Docket No. 7:16-CR-20-1BO

**Petition for Action on Probation**

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jonathan Charles Irizarry, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 19, 2017, to 60 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 3, 2017, Mr. Irizarry met with this officer for a scheduled office appointment. During that appointment, Mr. Irizarry reported having feelings of depression and anxiety and requested assistance with obtaining mental health treatment for the purpose of attending counseling sessions. The defendant was on pre-trial supervision at that time, and the conditions of his pretrial release were consequently modified to include mental health treatment, and he was referred to a contract vendor. It is recommended the conditions of his probation be modified to include mental health treatment so he can continue with treatment through the contract vendor as scheduled.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Kristyn Super<br>Kristyn Super<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5104<br>Executed On: January 26, 2017 |

Jonathan Charles Irizarry
Docket No. 7:16-CR-20-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __06__ day of __January__, 2017, and ordered filed and made a part of the records in the above case.

_/s/ Terrence W. Boyle_
Terrence W. Boyle
U.S. District Judge