UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jonathan Charles Irizarry**             **Docket No. 7:16-CR-20-1BO**

### Petition for Action on Probation

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jonathan Charles Irizarry, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 19, 2017, to 60 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As a condition of probation, the defendant was ordered to abide by all conditions and terms of the home confinement program for a period not to exceed 6 months. It was further ordered that following completion of home confinement, he perform 150 hours of community service as directed by the probation office, which could be satisfied by continuing to assist law enforcement. This officer has received a request from the Onslow County Sheriff's Office Drug Enforcement Unit, with the concurrence of the United States Attorney's Office, asking that Mr. Irizarry be allowed to assist law enforcement with ongoing investigations during the 6-month home confinement period. It is recommended that the conditions of probation be modified to allow the defendant to participate in community service hours while on home confinement.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall perform 150 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee. This can also be satisfied by continuing to assist law enforcement and can be completed during the period of home confinement.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Kristyn Super<br>Kristyn Super<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5104<br>Executed On: February 24, 2017 |

Jonathan Charles Irizarry
Docket No. 7:16-CR-20-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __8__ day of __March__, 2017, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge